DANIEL G. BOGDEN
United States Attorney
MEGAN RACHOW
Assistant United States Attorney
100 West Liberty Street, Suite 600
Reno, Nevada 89501
(775) 784-5438

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | 3:15-CR-00047-RCJ-WGC |
|---|---|
| Plaintiff, | INDICTMENT FOR VIOLATIONS OF: |
| v. | Title 18, United States Code, Sections 922(g)(1) and 924(a)(2) – Felon in Possession of a Firearm (Counts One, Two and Three) |
| BRETT ALAN MILLER, | |
| Defendant. | |

THE GRAND JURY CHARGES THAT:

Count One

(Felon in Possession of a Firearm)

On or about March 12, 2015, in the State and District of Nevada, BRETT ALAN MILLER, defendant herein, having been convicted of a crime punishable by imprisonment for a term exceeding one year in the United States District Court, District of Nevada:  Conspiracy to Commit Bank Robbery, on or about November 16, 2010; did knowingly possess a Colt .357 revolver, bearing serial number J56930, and a Bushmaster rifle, bearing serial number L2014745, said possession being in and affecting commerce; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

/ / /

/ / /

Count Two

(Felon in Possession of a Firearm)

On or about March 31, 2015, in the State and District of Nevada, BRETT ALAN MILLER, defendant herein, having been convicted of a crime punishable by imprisonment for a term exceeding one year in the United States District Court, District of Nevada:  Conspiracy to Commit Bank Robbery, on or about November 16, 2010; did knowingly possess a Desert Eagle .357 Magnum pistol, bearing serial number 31204196, said possession being in and affecting commerce; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

Count Three

(Felon in Possession of a Firearm)

On or about April 1, 2015, in the State and District of Nevada, BRETT ALAN MILLER, defendant herein, having been convicted of a crime punishable by imprisonment for a term exceeding one year in the United States District Court, District of Nevada:  Conspiracy to Commit Bank Robbery, on or about November 16, 2010; did knowingly possess a Phoenix Arms, Model HP22, .22 caliber pistol, bearing serial number 4028320, said possession being in and affecting commerce; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

**FORFEITURE ALLEGATION**

1.  The allegation of Count Two of this Criminal Indictment is hereby realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2.  Upon conviction of the felony offense charged in Count Two of this Criminal Indictment, BRETT ALAN MILLER, defendant herein, shall forfeit to the United States of America, any firearm or ammunition involved in or used in any knowing violation of Title 18, United States Code, Section 922(g)(1):

      a. a Desert Eagle .357 Magnum pistol, bearing serial number 31204196; and

      b. any and all ammunition ("property").

All pursuant to Title 18, United States Code, Section 922(g)(1); Title 18, United States Code, Section 924(d)(1); and Title 28, United States Code, Section 2461(c).

A TRUE BILL:

/s/
_____
FOREPERSON OF THE GRAND JURY

DANIEL G. BOGDEN
United States Attorney

_/s/_
MEGAN RACHOW
Assistant United States Attorney

3