UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>  v.<br>BRETT ALAN MILLER,<br><br>                Defendant. | Case No. 3:15-cr-00047-HDM-WGC<br><br>ORDER |

On September 27, 2019, the Federal Public Defender was appointed to represent the defendant to determine whether he may qualify for relief under *Rehaif v. United States*, 139 S. Ct. 2191 (2019), or *United States v. Davis*, 139 S. Ct. 2319 (2019). The FPD now moves to withdraw from representation due to a conflict and seeks appointment of new counsel for the defendant pursuant to the Criminal Justice Act of 1964, 18 U.S.C. § 3006A.

The FPD's motion to withdraw (ECF No. 35) is GRANTED, and the FPD is hereby withdrawn from representation of the defendant in this case. The defendant will be appointed new counsel for the limited purpose of evaluating his eligibility for relief under either or both *Rehaif*, 139 S. Ct. 2191 and *Davis*, 139 S. Ct. 2319 by way of separate order.

IT IS SO ORDERED.

DATED: This 10th day of February, 2020.

*/s/ Howard D. McKibben*
UNITED STATES DISTRICT JUDGE