AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

                    Plaintiff,

    v.

BRETT ALAN MILLER,

                  Defendant.

JUDGMENT IN A CIVIL CASE

Case Number:  **3:15-CR-00047-HDM-WGC**
Related Case Number: 3:20-CV-00376-HDM

\_\_\_    **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_    **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_    **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that the Motion to Vacate, Set Aside or Correct Sentence (ECF No. 38) is hereby denied.

      It is further ordered that Miller is denied a certificate of appealability, as jurists of reason would not find the Court's denial of the Motion to be debatable or wrong.

CLERK OF COURT

Date: 12/8/2020

_Signature of Clerk or Deputy Clerk_